**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENNER DAVID MARTINEZ VARELLA** | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | **Civil No. 2:26-cv-05163-JLS** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 24th day of July, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **July 28, 2026, at 5:00 PM.**

It is further **ORDERED** that the respondents shall not take any actions to remove the Petitioner from the United States while this Petition is pending.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge