**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENNER DAVID MARTINEZ VARELLA** | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | **Civil No. 2:26-cv-05163-JLS** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN, *et al.*,** | : | |
| Respondents. | : | |

### <u>ORDER</u>

**AND NOW**, this 30th day of July, 2026, upon consideration of Kenner David Martinez Varella's ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1) and no Response in Opposition to Petition for Writ of Habeas Corpus from the government,[1] **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED**[2] as follows:

1. Kenner David Martinez Varella is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Kenner David Martinez Varella from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **5:00 p.m. ET on July 31, 2026.**

---

[1] The government was directed to file any response in opposition by no later than July 28, 2026. [ECF No. 2.]

[2] Petitioner, a noncitizen from Honduras, entered the United States without inspection in 2023 as an Unaccompanied Alien Child. Through the Office of Refugee Resettlement, he was placed into the care of St. PJ's Children's Home and ultimately released to a relative in Philadelphia. Department of Homeland Security currently detains Petitioner at the Philadelphia Federal Detention Center.

Respondents typically assert that the Petition should be denied because Petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and his detention does not violate constitutional due process. Based on the Court's previous opinions, the decisions of all the judges who have considered the issue in the district, *see e.g.*, *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639, at *1-2 (E.D. Pa. Nov. 13, 2025), the Court finds Petitioner cannot be detained under § 1225(b)(2)(A). Petitioner's current detention is therefore illegal, and he is entitled to relief. Kenner David Martinez Varella's petition for a writ of habeas corpus will be granted and he shall be immediately released.

3. If the Government chooses to pursue re-detention of Kenner David Martinez Varella pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge