**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **KENNER DAVID MARTINEZ VARELLA** | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | **Civil No. 2:26-cv-05163-JLS** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 10th day of August, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 4), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.